# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 173.85.51.200 | Frontier Communications of America | 2011-04-29 04:12:18 PM |
| 184.49.17.208 | Wayport | 2011-05-05 08:52:04 PM |
| 206.83.235.188 | Towerstream I | 2011-06-05 12:54:49 AM |
| 24.13.69.7 | Comcast Cable Communications | 2011-04-29 05:47:42 PM |
| 24.14.119.141 | Comcast Cable Communications | 2011-05-05 06:20:12 AM |
| 24.15.63.20 | Comcast Cable Communications | 2011-05-14 02:32:29 PM |
| 67.167.229.183 | Comcast Cable Communications | 2011-04-28 10:13:07 PM |
| 67.167.60.0 | Comcast Cable Communications | 2011-04-29 03:20:47 AM |
| 67.173.70.116 | Comcast Cable Communications | 2011-04-29 10:38:51 PM |
| 67.175.205.229 | Comcast Cable Communications | 2011-04-29 08:52:47 PM |
| 67.175.98.26 | Comcast Cable Communications | 2011-05-20 08:59:07 PM |
| 67.176.209.96 | Comcast Cable Communications | 2011-04-29 04:13:09 PM |
| 71.23.152.23 | Clearwire US | 2011-04-30 02:49:58 AM |
| 71.239.212.148 | Comcast Cable Communications | 2011-05-03 03:28:00 AM |
| 75.60.16.94 | AT&T Internet Services | 2011-05-13 09:26:21 PM |
| 98.212.224.96 | Comcast Cable Communications | 2011-04-28 10:13:07 PM |
| 98.212.43.173 | Comcast Cable Communications | 2011-04-29 12:07:11 AM |
| 98.213.148.198 | Comcast Cable Communications | 2011-05-03 06:25:05 AM |
| 98.213.97.155 | Comcast Cable Communications | 2011-04-29 09:53:29 AM |
| 99.135.167.228 | AT&T Internet Services | 2011-05-29 09:10:35 AM |
| 99.140.221.80 | AT&T Internet Services | 2011-05-03 12:37:34 AM |
| 99.141.243.152 | AT&T Internet Services | 2011-05-30 03:10:37 AM |
| 99.142.21.216 | AT&T Internet Services | 2011-05-24 08:12:40 AM |
| 99.142.24.6 | AT&T Internet Services | 2011-06-01 09:58:00 AM |
| 99.142.27.184 | AT&T Internet Services | 2011-06-05 10:26:09 AM |
| 99.142.33.217 | AT&T Internet Services | 2011-06-05 04:27:56 PM |
| 99.142.35.34 | AT&T Internet Services | 2011-05-14 07:30:03 PM |
| 99.142.43.134 | AT&T Internet Services | 2011-05-04 01:36:50 AM |
| 99.142.44.74 | AT&T Internet Services | 2011-05-14 02:01:20 PM |
| 99.144.168.83 | AT&T Internet Services | 2011-05-15 07:00:11 PM |
| 99.144.230.90 | AT&T Internet Services | 2011-05-15 05:32:48 AM |
| 99.144.232.13 | AT&T Internet Services | 2011-06-06 08:51:29 AM |
| 99.27.255.125 | AT&T Internet Services | 2011-05-10 02:10:37 PM |
| 99.50.187.152 | AT&T Internet Services | 2011-05-12 05:27:06 AM |
| 99.50.191.238 | AT&T Internet Services | 2011-04-30 01:04:58 AM |