**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Hard Drive Productions, Inc.
                     Plaintiff,

v.                                            Case No.: 1:11−cv−03866
                                           Honorable Edmond E. Chang

Does 1−35
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 3, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Status hearing held. Counsel reported on the status of service. Counsel reported that thirty−five defendants were named in the complaint. Ten of the defendants have been identified and plaintiff has settled with seven of the identified defendants. The Court directs plaintiff to file dismissals for the defendants in which a settlement was reached. The Court extends the date for service to 11/29/2011. Status hearing set for 11/29/2011 at 9:00a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.