IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
_____

HARD DRIVE PRODUCTIONS, INC.,

      CASE NO. 1:11-CV-03866

    Plaintiff,

      Judge: Hon. Edmond E. Chang

v.

      Magistrate: Hon. Jeffrey Cole

DOES 1-35,

    Defendants.
_____

## **PLAINTIFF'S NOTICE OF DISMISSAL OF REMAINING DOE DEFENDANTS**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against the Doe Defendants remaining in this action. The respective Doe Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

      Respectfully submitted,

      HARD DRIVE PRODUCTIONS, INC.

**DATED:** November 28, 2011

      By:   /s/ Paul Duffy
           Paul Duffy (Bar No. 6210496)
           Prenda Law Inc.
           161 N. Clark Street, Suite 3200
           Chicago, IL 60601
           Phone: (312) 880-9160
           Fax: (312) 893-5677
           E-mail: paduffy@wefightpiracy.com
           *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 28, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                 /s/ Paul Duffy
                                                 Paul Duffy